NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000095
03-JUN-2013
09:22 AM**

NO. CAAP-12-0000095

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VIHN ALKIRE-CLEMEN, Claimant-Appellant,
v.
CASTLE MEDICAL CENTER, Employer-Appellee, Self-Insured
and
CRAWFORD AND COMPANY, Insurance Adjuster-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEAL BOARD
(CASE NO. AB 2003-121(S) (2-02-09980))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Leonard and Reifurth, JJ.)

Upon consideration of the "Motion For Reconsideration With Regards To Claimant-Appellant's Injury Claim of February 21, 1999" filed May 27, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, June 3, 2013.

Presiding Judge

Associate Judge

Associate Judge